THE BOROUGH OF BELMAR et al., complainants-respondents,

*v.*

ABRAHAM LEVINSOHN, defendant-appellant.

[Submitted July 9th, 1917.  Decided November 19th, 1917.]

On appeal from the court of chancery.

*Mr. Edmund Wilson* and *Messrs. Durand, Ivins & Carton,* for the appellant.

*Mr. Harry R. Cooper* and *Mr. Henry H. Snedeker,* for the respondents.

PER CURIAM.

The decree in this cause will be affirmed, for the reasons stated in the *per curiam* filed in the similar case of *Heyniger* v. *Levinsohn,* decided at the present term and published in *88 N. J. Eq. 341.*

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS—12.

*For reversal*—None.